Alexander Lumber Company, appellant, v. John C. Coberg et al., appellees, and Hammerschmidt and Franzen Company, intervening petitioner, appellant. Gen. No. 8,554.

Opinion filed July 12, 1934. Rehearing denied August 23, 1934.

Hadley, Weaver & Woodward, for appellant Alexander Lumber Co. Michael Kross, for appellant Hammerschmidt & Franzen Co.; Charles

W. Hadley, Michael Kross, Palmer Leren and William C. Atten, of counsel. Church, Haft, Robertson, Crowe & Spence, for appellees.

Mr. Justice Dove delivered the opinion of the court.